# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2787
_____

MARK ANTHONY HAUSER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Dixie County.
Jennifer Jones Johnson, Judge.

November 29, 2023

PER CURIAM.

Appellant appeals a judgment and sentence following a guilty plea entered pursuant to a plea agreement with the State. He argues trial counsel rendered ineffective assistance, so his entered plea was involuntary. But Appellant did not file a motion to withdraw plea. Accordingly, this issue is not preserved for appeal. *See State v. Dortch* 317 So. 3d 1074, 1084 (Fla. 2021) (holding that for appeals based on alleged incompetency at the guilty plea, "there is no fundamental-error exception to the preservation requirement of rule 9.140(b)(2)(A)(ii)(c)"); Fla. R. App. P. 9.140(b)(2)(A)(ii)(c) (allowing appeal from "involuntary plea, *if preserved by a motion to withdraw plea*" (emphasis added)).

AFFIRMED.

OSTERHAUS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Robert L Sirianni, Jr., Brownstone, P.A.,Winter Park, for Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.